**Order entered January 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00871-CV

## CAROL M. KAM, Appellant

## V.

## CARL DAVID ADAMS, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-05795

## ORDER

Before the Court is appellant's January 12, 2022 motion to correct amended brief. Appellant explains that in pages 10 through 12 of her brief, she "referenced an unsigned order from the October 4, 2021 hearing[.]" However, she has since "discovered" that the clerk's record contains a copy of a signed order for that hearing.

We **GRANT** the motion **TO THE EXTENT** that appellant shall correct the brief to reflect that an order from the October 4th hearing was signed. The second amended brief shall be filed no later than January 18, 2022.

Appellee's brief shall be filed within thirty days of the filing of appellant's second amended brief.

/s/    CRAIG SMITH
        JUSTICE